AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kuo, Peggy | District Court - Eastern District of New York | 01/25/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - Full-time | ☐ Nomination Date ☑ Initial ☐ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2014 to 12/31/2015 |

**7. Chambers or Office Address**

225 Cadman Plaza East
Brooklyn, NY 11201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | General Counsel and Deputy Commissioner | New York City Office of Administrative Trials and Hearings |
| 2. | Assistant Treasurer | Federal Bar Council |
| 3. | President-Elect | Federal Bar Council Inn of Court |
| 4. | Vice-Chair | Manhattan Legal Services |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2015 | New York City Pension Plan - payments upon retirement, no control |
| 2. | 2010 | New York Stock Exchange Pension Plan - payments upon retirement, no control |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | New York City Office of Administrative Trials and Hearings, gross salary | $144,088.00 |
| 2. 2014 | New York City Office of Administrative Trials and Hearings, gross salary | $153,137.00 |
| 3. 2015 | New York City Office of Administrative Trials and Hearings, gross salary | $144,752.00 |
| 4. 2015 | Defense Institute for International Legal Studies, teaching fee | $575.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013-2015 | self-employed musician |
| 2. 2013-2015 | music royalties |
| 3. 2013-2015 | Fodera instruments - endorsement fee |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | EXEMPT | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kuo, Peggy | 01/25/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. EXEMPT | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kuo, Peggy | 01/25/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Justice Federal Credit Union - bank account | A | Interest | K | T | Exempt | | | | |
| 2. | New York City Deferred Compensation Plan - common trust fund | | | M | T | Exempt | | | | |
| 3. | American Funds The Growth Fund of America Class F-2 | A | Dividend | | | Exempt | | | | |
| 4. | Calamos Convertible Fund Class A | A | Dividend | | | Exempt | | | | |
| 5. | Calvert Short Duration Income Fund Class A | A | Dividend | | | Exempt | | | | |
| 6. | DWS Small Cap Value Fund Class A | A | Dividend | | | Exempt | | | | |
| 7. | Eaton Vance Floating-Rate Advantage Fund Class I | A | Dividend | | | Exempt | | | | |
| 8. | Eaton Vance Large Cap Value Fund Class A | A | Dividend | | | Exempt | | | | |
| 9. | Eaton Vance Large Cap Value Fund Class I | A | Dividend | | | Exempt | | | | |
| 10. | Eaton Vance Richard Bernstein Equity Strategy Fund Class I | A | Dividend | | | Exempt | | | | |
| 11. | Franklin-Templeton Global Bond Fund Class A | A | Dividend | | | Exempt | | | | |
| 12. | Goldman Sachs MidCap Value Inst'l | A | Dividend | | | Exempt | | | | |
| 13. | Invesco MidCap Core-Equity Fund Class Y | A | Dividend | | | Exempt | | | | |
| 14. | Ivy High Income Fund Class A | A | Dividend | | | Exempt | | | | |
| 15. | Ivy High Income Fund Class I | A | Dividend | | | Exempt | | | | |
| 16. | JP Morgan Short Duration Bond Fund Class A | A | Dividend | | | Exempt | | | | |
| 17. | JP Morgan Strategic Income Opportunities Fund Select Class Shares | A | Dividend | | | Exempt | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kuo, Peggy | 01/25/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Loomis Sayles Ltd Term Govt & Agency Fund | A | Dividend | | | Exempt | | | | |
| 19. Loomis Sayles Ltd Term Govt & Agency Fund Class Y | A | Dividend | | | Exempt | | | | |
| 20. Lord Abbett Short Duration Income Fund | A | Dividend | | | Exempt | | | | |
| 21. Managers Funds Short Duration Govt | A | Dividend | | | Exempt | | | | |
| 22. Oakmark Intl Fund Class I | A | Dividend | | | Exempt | | | | |
| 23. Oppenheimer Developing Mkts Fund Class Y | A | Dividend | | | Exempt | | | | |
| 24. Oppenheimer Equity Income Fund Class A | A | Dividend | | | Exempt | | | | |
| 25. Oppenheimer Equity Income Fund Class Y | A | Dividend | | | Exempt | | | | |
| 26. Oppenheimer Rochester Ltd Term NY | A | Dividend | | | Exempt | | | | |
| 27. Oppenheimer Steelpath MLP Alpha Fund A | A | Dividend | | | Exempt | | | | |
| 28. Oppenheimer Steelpath MLP Alpha Fund Y | A | Dividend | | | Exempt | | | | |
| 29. PIMCO CommoditiesPlus Fund Class A | A | Dividend | | | Exempt | | | | |
| 30. PIMCO CommoditiesPlus Strategy Fund Class P | A | Dividend | | | Exempt | | | | |
| 31. PIMCO Real Return Fund Class A | A | Dividend | | | Exempt | | | | |
| 32. PIMCO Total Return Fund Class A | A | Dividend | | | Exempt | | | | |
| 33. Scout MidCap Fund | A | Dividend | | | Exempt | | | | |
| 34. TCW Emerging Markets Income Fund Class I | A | Dividend | | | Exempt | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kuo, Peggy | 01/25/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. TCW Emerging Markets Income Fund Class N | A | Dividend | | | Exempt | | | | |
| 36. Templeton Global Bond Advisor Class | A | Dividend | | | Exempt | | | | |
| 37. Tweedy, Browne Global Value Fund | A | Dividend | | | Exempt | | | | |
| 38. Victory Fund for Income Class I | A | Dividend | | | Exempt | | | | |
| 39. Victory Fund for Income Class A | A | Dividend | | | Exempt | | | | |
| 40. Vanguard 500 Index Fund Admiral Shares | D | Dividend | M | T | Exempt | | | | |
| 41. Vanguard Value Index Fund Admiral Shares | A | Dividend | | | Exempt | | | | |
| 42. Vanguard Extended Mkt Index Fund Admiral Shares | A | Dividend | L | T | Exempt | | | | |
| 43. Vanguard Mid-Cap Index Fund Investor Shares | A | Dividend | | | Exempt | | | | |
| 44. Vanguard Mid-Cap Index Fund Admiral Shares | A | Dividend | | | Exempt | | | | |
| 45. Vanguard Total Bond Mkt Index Fund Admiral Shares | B | Dividend | K | T | Exempt | | | | |
| 46. Vanguard Total Bond Mkt Index Fund Investor Shares | A | Dividend | | | Exempt | | | | |
| 47. Vanguard Total Bond Mkt Index Fund Admiral Shares | A | Dividend | K | T | Exempt | | | | |
| 48. Vanguard Intermediate Term Investment Grade Fund Investor Shares | A | Dividend | K | T | Exempt | | | | |
| 49. Vanguard Total Int'l Stock Index Fund Admiral Shares | C | Dividend | N | T | Exempt | | | | |
| 50. Vanguard Total Stock Mkt Index Fund Admiral Shares | D | Dividend | N | T | Exempt | | | | |
| 51. Dodge & Cox Stock | A | Int./Div. | K | T | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kuo, Peggy | 01/25/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard Total Bond Mkt Institutional | A | Int./Div. | J | T | Exempt | | | | |
| 53. Goldman Sachs Strategic Inc IC | A | Int./Div. | J | T | Exempt | | | | |
| 54. DFA US Small Cap Value | A | Int./Div. | J | T | Exempt | | | | |
| 55. Artisan Intl Institutional | A | Int./Div. | K | T | Exempt | | | | |
| 56. Fidelity Contrafund K | A | Int./Div. | K | T | Exempt | | | | |
| 57. Fidelity Low Priced Stock K | A | Int./Div. | J | T | Exempt | | | | |
| 58. Bank of America bank account | A | Interest | J | T | Exempt | | | | |
| 59. Illinois State Universities Retirement System common trust fund | | | K | T | Exempt | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kuo, Peggy | 01/25/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, items 2 and 59 are common trust funds which do not disclose the underlying holdings or the income derived from them. The only information I have shows the values of the account on a quarterly or annual basis, which may include reinvested dividends and interest, along with market fluctuations in the value of the assets. Accordingly, I have left columns B(1) and B(2) blank.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Peggy Kuo**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544